Exhibit A to the Complaint

**Location:** White Plains, NY  
**Total Works Infringed:** 212  
**IP Address:** 70.23.23.40  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0D076FCE12FD05ECF3DAA087E535B4728E7E0AA4<br>File Hash:<br>E64F73DDC1539B6DC0F0DEB57300517CED4C31C9CABDF1886A8215AB7DBD3A67 | 04/09/2024 03:24:55 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 2 | Info Hash: 5E85428D24CF641DA41B4471DB02E0D6C6BA4EED<br>File Hash:<br>D10741730A8ED039447C4CE40A76DBD6204B6B23AB0D6712DF9BB120F8895C3D | 04/09/2024 02:28:31 | Blacked | 04/08/2024 | 04/10/2024 | PA0002464920 |
| 3 | Info Hash: C30CCFC380D7DF878CE1FDAAD2D8484EB745023C<br>File Hash:<br>E02B75D256F2DF50AF6F2856811241DB2A6D85ACFDB1BAD82C4E3EC39A168792 | 04/09/2024 00:23:26 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 4 | Info Hash: 47EBD21709C9D3C23CDE3AAB1E02DEE5BC8A5C48<br>File Hash:<br>9A3F22D91DDD4D119ECFFEDC8460D0AE19A84006EF0768D65D2A8339E6EC2F61 | 04/06/2024 04:38:25 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 5 | Info Hash: 6E6BF5A0D557E9868D2A76C711CE9D49793CA9C0<br>File Hash:<br>31483B86085A54E09DB88383C2001B74A78714C9E9EFBDCB0E1ABE63B157B8F0 | 04/04/2024 02:36:21 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 6 | Info Hash: B4927D4FF041DAA484BBAF828DD096DBDADE41DF<br>File Hash:<br>014415388B1F4E4D036135ED13E992885CC78980A9AA97C2DAA19B094D9555BD | 04/03/2024 02:37:11 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 7 | Info Hash: 0FCEE93A0C139E023CDD284D42C99D29EB649657<br>File Hash:<br>54C7C7919ACAAD8CD898A3B688E72B4A0202B226539FFE15609E28AA67EE59D3 | 04/02/2024 02:23:02 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 8 | Info Hash: 5A8A0095C538A7DDCCEDB1237FE1BA75C45A11E4<br>File Hash:<br>7E94D2808B8A1A074B71ADDA8C89A7D84C9F0439CC71C6C39FA739439AB9FBCC | 03/31/2024 01:14:10 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 9 | Info Hash: 81A3248365640BCD9D3F6DB8A1BD80092D4FA8E1<br>File Hash:<br>651D20179D9849DF16CE0D2EC28850C53D0D0AA2BD2F881841BCD34069B40971 | 03/27/2024 00:09:06 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 10 | Info Hash: 2F78DD2C1A7796B6FB1B6BB1E53B9E5C770A35E1<br>File Hash:<br>F59335499AFB7D725A0433DAE0B8C2B33E475E64FD63404E9ECABEE28013A013 | 03/26/2024 21:43:28 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 11 | Info Hash: BFAFBB37689B9363A3DFFFCA4274AA6C8B30FFD2<br>File Hash:<br>12A800440061165ED762E06C2B83C532A314E47384BA7FCF30FF054EA4E0CCD5 | 03/25/2024 12:15:22 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 967D1507DFA890276DE7A9CA9CDB3B7FBD45876B<br>File Hash: 35843F73E8C9763C784B312F34EE94CF77148A9A28A237A97158BCB5691554E0 | 03/25/2024 12:15:02 | Tushy | 03/24/2024 | 04/12/2024 | PA0002465214 |
| 13 | Info Hash: DDC4E99F8037ED39DB48C3DC4776B505DF24C039<br>File Hash: 9EB485623ED16DDF4A4C74159C69A9CF4B962E58E261CBD2B25C110FF7B86970 | 03/20/2024 02:52:42 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 14 | Info Hash: 8D0985891BE755F8CC31C8B33919BCDBC3D0303E<br>File Hash: 53C4D781D5A1C075B972DDC3002BD3C077FBE81603F5D155D13DD8AFC40C1591 | 03/19/2024 23:44:15 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 15 | Info Hash: 8E212D08D719C567F21FC8544BDAD03AB17FE60D<br>File Hash: 3D43BC9036C634D8702C3A20CC362DACA0778CA0729634F99CF425B4C0C2C549 | 03/18/2024 14:16:01 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |
| 16 | Info Hash: 28438C776BB4E5C51AA8DFE4E6F6B195E8BE6DC6<br>File Hash: 193896EAD79B49B8E940B374C148D219B1B040E576E730BD9C4F88D1D5147565 | 03/15/2024 05:01:02 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |
| 17 | Info Hash: 3DF0FEEA7591A8768460E5982F42F4454B22B3E7<br>File Hash: 396C4A3623F8200534C63AA0E90753A4A590B4B12F1F3F7D905BC2580EDA185D | 03/13/2024 03:01:39 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 18 | Info Hash: CC8D0610A4EDE1C099E664843FB81375E84FCB15<br>File Hash: EB35E56C9E7ACA80994DB6E78FA9CC04BA3722242BB58FBDB03EDF04E3BC91E9 | 03/13/2024 00:35:10 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 19 | Info Hash: ED084AC0F82195F7ADD9374FBF35AA9F92E223DA<br>File Hash: 5BFBF365A37B625B994431A4775FE5F4D6432BC5088D4CE7B1BA170BEB6D8D72 | 03/11/2024 03:41:58 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 20 | Info Hash: 6235336C2BD1FBF2ED74794D807165A07F08A040<br>File Hash: 605674E86BA45C6BF5D627B27E982E895A7DC48BB62446FC64D82B66662BD2BB | 03/11/2024 03:12:39 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 21 | Info Hash: 1019BE52DA01444430157860E9B9984F4B368DF0<br>File Hash: 2B4F5EE62A3D7517866A346A9538B3CB3B2959B28EEFCCDDAA4EBC01632150F2 | 03/10/2024 11:04:15 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 22 | Info Hash: 7F439AC90A5E20712580AC84B78B959394BAEA83<br>File Hash: 4F5F70D13545116A2C30347DA4A21C86CB1A43E085F4BF4172D6AF40916FE8C8 | 03/06/2024 02:52:16 | TushyRaw | 03/05/2024 | 03/13/2024 | PA0002459340 |
| 23 | Info Hash: 0474936DC1078CC623A317419847AD0702F86497<br>File Hash: 1FE9A9A8D1D2FAD071D2BFD0101FDE7AA73193444555EB5F9DD3FBBED76AE408 | 03/06/2024 01:21:24 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E131CD077CB3AF293C48AEDB8426BDB0EAB29F7F<br>File Hash: 19D868DF2AC22FBD88A45E2F650499F66819160AE5061CA0425EA91C25BC2990 | 03/03/2024 13:39:43 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 25 | Info Hash: 22238C4FBCB8A5A40C1CD74B1D49504AD024D9BC<br>File Hash: 04FF3B9646FC15C79F458FB3D469CE1A6B1E8E41321C88A4058842D06E0AE3F7 | 03/03/2024 13:29:53 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 26 | Info Hash: 04532CB995D622BE56A057711FA991C48A64CF9F<br>File Hash: BDC102774D0F21197366D1EEC11D0DA4CB700AF6E070662F41494A1FB3BC278D | 02/28/2024 04:28:12 | TushyRaw | 02/27/2024 | 03/12/2024 | PA0002459339 |
| 27 | Info Hash: 9B495DC2E9D0A4CC07ABC640B3FAF630791531EE<br>File Hash: 1E035F82FC63ADD9013E8987C2233DCD144742A55C7875EB1F0156DD768B9DC7 | 02/27/2024 01:18:41 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 28 | Info Hash: 83A05BAB4D5C9A7A0186A46A4DD8A1F1F38A6FD2<br>File Hash: 0A2AE1B2B1ECA32957C24C94DA86DFAA7666FCDE58F0AC34CCE1A8D1B37733CE | 02/26/2024 17:26:44 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 29 | Info Hash: 3C24E69818639AFD263D4A4E8C622A55191032A5<br>File Hash: A27250D9F1960E9CDC3F19238C4064C8DC9B533AAE6B98C95633BEAA5DD6B67B | 02/25/2024 23:08:11 | Slayed | 02/20/2024 | 03/28/2024 | PA0002462498 |
| 30 | Info Hash: A15797B7720709E1FD7FF11773D97D39E71EDFCA<br>File Hash: CD81A7BFAF0865C7EA6D366AD0FC94DA44CBF58EA24464E40B70484DA55189A1 | 02/24/2024 21:41:58 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 31 | Info Hash: 1B91AEFA0453B539D1375799DBF7C9E5EAF53DFC<br>File Hash: 8563463D4538C01F38CE72FB850497CA47AE5B30E39B9816B19E021A3F5934D1 | 02/21/2024 14:41:17 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 32 | Info Hash: 21D581A96DA1382A7CB92123C07F3906BC44BEF0<br>File Hash: 75BF68043CA1FEF78DCBD3464CF7740A66C183BB0571964F418EE64F1AB2C126 | 02/21/2024 05:02:24 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 33 | Info Hash: D622E7E1ECE1E8B0FD30E35D8673921E89D8742F<br>File Hash: 490D8F9D75E0E6D2922D05E5DD30FA7BE53CB6F265C1D918DF2CBC97D43B4276 | 02/19/2024 20:46:50 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |
| 34 | Info Hash: AA70443646D165641C4B34E1C5BAA2D9F31B8027<br>File Hash: E0CBFDDCA92C169C615CB46BBACC41BD0154FDFCECA554FDD3244AA341B9D9FD | 02/18/2024 17:25:49 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 35 | Info Hash: 0AE3E6DB2E36141B686569C2EB4B06F5D44FC24C<br>File Hash: 9B23ECA51ED31369536A3AC6D644577A8B3EC90D063BD6EC46BD64A0DA74E3C7 | 02/17/2024 14:11:19 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8EE3D2EB92A8E277CC207A27DBFFB4F777325336<br>File Hash: 993EF9DA338E1E1ACA01BBFAAF12106C2F31CC1345E81516EBBE8243F8453158 | 02/17/2024 03:01:26 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 37 | Info Hash: 05087CC6BDD8B562C10C7431993C662BFB9FAF8E<br>File Hash: 28C2BA58CFF0C7EB06CED08D98E03799930BE58100432769F00F08DDE7880678 | 02/14/2024 05:27:03 | TushyRaw | 02/13/2024 | 03/12/2024 | PA0002459334 |
| 38 | Info Hash: 21B3CCD055741B3B084183D6F8FF508942E837E3<br>File Hash: 7641E3588052323E16CA3631073463CC0F052C36D0DBD517DA03D7816E112C82 | 02/14/2024 01:12:42 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 39 | Info Hash: 7366343956F36CF4E3DE23FDC7D4A9CE9CAD359E<br>File Hash: 981ED22E1E321444EFFF208DE51E277D02693B0CF93488CDC23B2216D2192BA0 | 02/12/2024 18:19:36 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 40 | Info Hash: 8258A4B6203BF3D3657AF958752C5E6F0E8DA3B5<br>File Hash: BAC1C9931C7F00116631B93E0C4D798A4EC088B91265CDFF9EAA07FD8D367BDD | 02/11/2024 20:06:25 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 41 | Info Hash: 6374DE7F243BE4000C499B075B476652F6DCF4E2<br>File Hash: 407AF49DFEABB7171B805146894E14629D0B559B77EA6966432A6AF703ACF148 | 02/10/2024 22:48:17 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 42 | Info Hash: B61D58958B7E338483718C463D27D88739BFD4D7<br>File Hash: B56A83CC641AA49DA0B73526D30878CAEBF4A22471D7ACCA7D9BF089FCDBB07A | 02/07/2024 08:57:50 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |
| 43 | Info Hash: FB949E6A2CABB15D73473DF1792CCAE5A3DA0C12<br>File Hash: 89C017C10939725BC5B68B0DD04EFDCE380F6E6D4DD314E70B9751BC4ADDD4E2 | 02/07/2024 06:13:23 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 44 | Info Hash: 4570CA5067B9D6A3440E83314DA837ED74B9C978<br>File Hash: D53035373D82C28B9D2AE6A75F9433A57AC76FD71A17C5DDDBCD9636B588FB97 | 02/05/2024 20:05:21 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 45 | Info Hash: 32E4E6CFA1E30931F58435C77B100D79EF285CA1<br>File Hash: D0C25E53546A88AB1DBB951E5368F9638F2F98D3E4A713EA5DDF081C117361A5 | 02/05/2024 18:08:34 | Blacked Raw | 12/05/2022 | 01/10/2023 | PA0002389624 |
| 46 | Info Hash: F0C6D69EE2F4EA3D42AE671B7518E93DA5E34163<br>File Hash: 369DB20EF6125F3A28F6F59DCD745BCD594FF507A09375F58EFB3B70C9232A88 | 02/03/2024 15:10:40 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 47 | Info Hash: DCA6CDFA2F8839B91BC800826BFB6FD8FB7E3FD2<br>File Hash: C7751E9733330DFDA8C9F52E83ABA1E209E68847378B188D961DFD67E36DE535 | 02/03/2024 14:41:55 | Vixen | 02/02/2024 | 02/13/2024 | PA0002454778 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: D4B55D546D224DFA5E1F12A02EB257202E8E4F5D<br>File Hash: 0E685FB5AA54A3A8554A29D8D9A225BC4EC709DF668A26C9F9825AF54C76A56D | 01/31/2024 01:31:53 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 49 | Info Hash: AB46CB2529BC63852E50BB45A8E4502149DAD07D<br>File Hash: D0480C1A6FAD6335FCE61CA7940C4D64D579D344C3E7322063EDD9C8E46699CD | 01/30/2024 03:43:44 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 50 | Info Hash: 1581B471F9DCD23A43E2379D4953D41626A83041<br>File Hash: 55DAD3B81CC901F8B0543919CE6BA3F897718D0C505C6B37C9B5AC498E3DFE11 | 01/28/2024 21:50:43 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 51 | Info Hash: C03FE3B001879E1AB386C94EFD3BB1803936C684<br>File Hash: 6DA9936A1D24DF786A52F48F5A52D0A3196F3AC299ABFA2DD61E9074BC72AA8D | 01/27/2024 15:02:54 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 52 | Info Hash: A820C9D69FAD129DCE6D6DA01177639E87FFCFD9<br>File Hash: 00B9AB0B0E907907B931B2FDC98BA416950552E4392A1B9EF155D9ED6B9D95C6 | 01/26/2024 15:43:57 | Slayed | 01/23/2024 | 03/15/2024 | PA0002461469 |
| 53 | Info Hash: 63076429E79D28050C25757CA6DE55E32F6C6D36<br>File Hash: 862AE262671A28F40395E7602602671EF27DB0238B353457D0A6DF4CB516997D | 01/25/2024 01:58:03 | Blacked Raw | 09/06/2022 | 10/05/2022 | PA0002373770 |
| 54 | Info Hash: EE263480F2A1CCD2DB243C8D805149D3F3A55378<br>File Hash: AC112C27BF746C483E43E86E9125306FEFD8D9F8555DA87ECFFB94D061B2ACC8 | 01/25/2024 01:16:00 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 55 | Info Hash: BD0E1A645A2C5FD02C14490BEC01858C7D0272EC<br>File Hash: 49BE304C224615BC5D04BD3389D9EB4FAD099468BA6EAE2F40680A97B871B58C | 01/23/2024 11:55:03 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 56 | Info Hash: 37F57F5242F60888754749D6B494E6E949CAA53C<br>File Hash: 44E8CB765B6CBDC3F14C467B6B05FE5648D99C26D822099F0EE6DDB3F7AB4E5D | 01/22/2024 17:44:32 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 57 | Info Hash: 63B350806901FEC8C05022D0B4FFACF9BB9171C5<br>File Hash: 74BD21538420074934712AB6C5CF5B9BB37BD110ECC6AFC6C119FDCE9309C0F0 | 01/21/2024 17:35:06 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 58 | Info Hash: A27CF9E6089B4D4A149CDA2698CDB9790B38B739<br>File Hash: D655E2AFE55F3FD0DC8A67A7A8A4831AE02B23E6652A5730501683FEE94B6198 | 01/20/2024 01:38:42 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 59 | Info Hash: B145D7F0E647C1DEFB076B3A4C209FAA9A70F2A4<br>File Hash: 3D1209BACA5890E18C75AA4C5EA9D510857129ADF5C3BAF7D430EF84C94B6877 | 01/19/2024 01:33:16 | Blacked Raw | 11/05/2022 | 12/11/2022 | PA0002384735 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: E09E85C2B48552DEBC392A5EF2F88C2345E155D1<br>File Hash: FBCC3E7B04FE3382C01F0EDDA4DCB1896672455A751BF9FB7629750A4D56C067 | 01/19/2024 01:05:16 | Blacked Raw | 09/11/2022 | 10/05/2022 | PA0002373951 |
| 61 | Info Hash: 5406276266A3488F54A3780C273D264BCEE753A2<br>File Hash: 057049E39C84AE0FC11DA33C3A676CCE596DDB5F096AAC2BCC9E842CFCBDEDCF | 01/18/2024 01:23:23 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 62 | Info Hash: E6C1C53C8CFCE6E7207F669B0D3C61C24835B57F<br>File Hash: F6CA81226BC11F34C19208341BBF6897A24ACB13D6F18E05A93045AFF1880FDC | 01/16/2024 00:50:17 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 63 | Info Hash: D306D6C26F42E11DD3F438E1948EACBFAD267B84<br>File Hash: 34F521957183188DC070D45ECDADEEFF8B092BF74FFDDBD15B5D0A820AB13B04 | 01/15/2024 01:06:48 | Blacked | 01/21/2023 | 01/27/2023 | PA0002393070 |
| 64 | Info Hash: 9ACFAE3374E978724478EDCF9E926D6F78CFEE6B<br>File Hash: C3EDFA83D89C2BE84717028A0CC0D1E4923106BFD4D4218D705803F65180F6E5 | 01/15/2024 00:52:57 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 65 | Info Hash: 2EFF85F0A90ED7E148682C61993B6757CA292B61<br>File Hash: 4E00F067FA1471260C8D58CE55B37E910A765C3A2B69D76110205146D41CCC6C | 01/14/2024 01:28:21 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 66 | Info Hash: F884A0046A4926165C1FAE25ECBBA8ED21B5AB47<br>File Hash: E0B6544B5A16DD60E96850DFFE9C57F7767A319028C2C2958EA0AA499AD5623C | 01/13/2024 00:45:11 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 67 | Info Hash: 43A33A47D12C343E106ABD7D7D89F5E26B86F31C<br>File Hash: 7A9ED376C90524E91C1962CA5D865F7F0625BF3E711C128EE0E8FBE40B7E066A | 01/12/2024 01:05:50 | Slayed | 01/09/2024 | 03/15/2024 | PA0002461470 |
| 68 | Info Hash: DDA2E4285852ED8486E97C9484FBE75053BBE7CB<br>File Hash: 7A84B0CB2C6B5B5642A55CB3C012A880932E26F73AA2E4D2E139A795EAA4D85D | 01/11/2024 01:43:05 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 69 | Info Hash: EA0469CF70EA62022D204C441EB706F908477819<br>File Hash: 945C2C7C5B5AA7A10EA8183828F8DDD1DCDE1F1AEB3118F00805D5A422C268FE | 01/09/2024 00:12:00 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 70 | Info Hash: 9222B73B1951CF20E2BD65F121B6F09EF1C15196<br>File Hash: B265A23D7773EC8F1F98D2B9AA9C747B27C6591FFCC3BA441B655D9C75B5228A | 01/08/2024 01:41:23 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 71 | Info Hash: D2B175E4416BD7B801FBE68143E0036DC4D3D43D<br>File Hash: 158260B133DF24BE403DF5111FAC770F04B528231743C4EEA403FE5092E460E7 | 01/07/2024 00:58:08 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 04A68DDB7C84498DDAB7B5DF9501C05B88CA8432<br>File Hash: D934300DE65CB1BCCC1165D48433DF15CA5162830048808FAD6E5DD0FD05264A | 01/06/2024 02:40:41 | Vixen | 01/05/2024 | 01/16/2024 | PA0002449513 |
| 73 | Info Hash: BD4701BCED7C40E6FF4B87074036DF51F4CBF6BB<br>File Hash: B85E7CCA1029B3216290C4A967AC753962C623432206692AB8306DB3C4C0FDB0 | 01/04/2024 02:59:58 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 74 | Info Hash: 5B87FEE254DE159C8769AF4C10AB50674F478D03<br>File Hash: BA4FDD90CD82EE1199B8954F25C67E2B7057E376EEE72D8C259010CF17A80A6A | 01/03/2024 02:27:00 | Slayed | 11/23/2021 | 12/03/2021 | PA0002333377 |
| 75 | Info Hash: 2B14A70FD94ED5B87CAEDAA0533D289AA32AFB54<br>File Hash: 77984BD50BCE8F7181663B80630971480CCA7424E350F0F240278606C35BB5A3 | 01/02/2024 07:02:11 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 76 | Info Hash: 052B7A6965049F3FB75F58C3151C77BB27773397<br>File Hash: 1D301EAEA681AD2914B1C891889D9A835884329A7320EA51B08E1C98CCE422C7 | 01/01/2024 00:30:32 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 77 | Info Hash: 4F525D3C5D9C825D5DD47BD3DF122E8A5E4D23C5<br>File Hash: F074EDA0951783D39226E050B8D0F985927890BDB806A995F04ECB2C1CD66573 | 12/31/2023 02:08:52 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 78 | Info Hash: F6A9CDEE519ACE575A918928AAC05AAC98205E3A<br>File Hash: A08DA68F94AC5F4871830D3C2B5AF0E7B3CEB05BF10FD9829782B0F7F5E0B46C | 12/31/2023 01:24:33 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 79 | Info Hash: E43D3DBD997B075F8CCD349B054A080CF34C7EC1<br>File Hash: B37A2D658643FA915981B2E38322FA2B612F40516B9122C9B4E1D32F608FF327 | 12/31/2023 00:43:32 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 80 | Info Hash: E336DC23B340BB8569CE9FC53B6AA656FD615418<br>File Hash: 01F64E422680D5B4009C28ED8F14BE038BD28A6649297F9F7E04DA1CBF16F127 | 12/31/2023 00:13:37 | Blacked | 03/25/2023 | 04/07/2023 | PA0002405756 |
| 81 | Info Hash: 26E821B4CF7E45ABBF596050F2D3934134B8DF98<br>File Hash: B4FDDD992074A8901626074490A85C6C3C48E6E877F096FC2B44D33CAF4CD001 | 12/29/2023 18:56:14 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 82 | Info Hash: 29D078E881FB03AAE78B1162B8509EBD384F1B30<br>File Hash: 16BDF7FEA33DF99C8E78C1EA7F8EF121A19CD92B598F2D78EE7CD96B89CC3D01 | 12/29/2023 18:32:19 | Blacked Raw | 11/30/2022 | 01/10/2023 | PA0002389625 |
| 83 | Info Hash: 4F91937BB9ECD40B7D405E30EAFE75B4C8FDBC33<br>File Hash: 7E427F98F1CB8DB123928849A0348E82D2E029AC4BF62EFD3693AF902DCD92F8 | 12/29/2023 18:14:07 | Blacked Raw | 01/24/2023 | 01/27/2023 | PA0002393074 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: E564D64670E37A0C2915F00AC568280C74B0B131<br>File Hash: 631E6AC0078EBB5FE01A957ADADA029D3F6F34DF3A9D2A442B9DAAA60E80A4C2 | 12/29/2023 17:52:21 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |
| 85 | Info Hash: C2659E90F7FF298BF350AEEE427C7622DD047061<br>File Hash: 03B4A285685310687FFE8132ECADDD3B536D73EE9E1980DAE77C286CB8D1C76A | 12/29/2023 17:41:15 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 86 | Info Hash: F31F70622EC3193E94867C8BC4450BC12EF9810E<br>File Hash: 41A457E412FE951D9B3A155F7A4C24E24A0618102EBF352949419828CC071E38 | 12/29/2023 16:58:06 | Blacked Raw | 11/25/2022 | 12/11/2022 | PA0002384771 |
| 87 | Info Hash: 3E5FD98BECE00825968EDE92D4378E5EB60EA425<br>File Hash: 05C139030B9B146230C498E4E6FA5AAB3254CDF9E7E2C0B2247AB332CF9B5CFE | 12/29/2023 15:09:14 | Blacked Raw | 12/30/2022 | 01/09/2023 | PA0002389573 |
| 88 | Info Hash: 2DC58CFBD3BAAF7A42D6FC6AEB5F5D8D2D042EF1<br>File Hash: 24366EBF647B28279CFAB8FB8E53A8AF0966DCD04A719F12F33F5EACE7888A3C | 12/29/2023 15:00:50 | Blacked | 04/29/2023 | 05/17/2023 | PA0002412011 |
| 89 | Info Hash: F6F26D3133DA455D06CA3E6CEF70EC8222CD21A4<br>File Hash: 0F2A780E0D4A44317B12FD8C7B8D79ED208BDF09862675A0F2E84E359CBB719E | 12/28/2023 14:40:03 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 90 | Info Hash: 1194749172526D21B00ECADCAA24124166386D72<br>File Hash: 0D2ADE7987CD25C9CE098E527E524C491A087EA21CD6D6C9A891E3A38A8186B3 | 12/27/2023 16:37:14 | Slayed | 08/01/2023 | 08/22/2023 | PA0002431033 |
| 91 | Info Hash: 97830606338EED41B6498E6B54D9C3F0E43C04EB<br>File Hash: D0AD2B54F82E64BE143DE95BEB6E6D83A15FB14F43CA889D6354E88D6263CF1A | 12/27/2023 15:42:56 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 92 | Info Hash: A2FE8B062C32CEBBEA9C7A067F2B98995322D0B7<br>File Hash: 4CCB6060805A5E0F50750FA115F84A32567ECBC1D486FD41720BCA849B0ACBC8 | 12/26/2023 15:50:34 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 93 | Info Hash: 1607A2B7A4F400058A3F973D43D21D9E80B69E42<br>File Hash: B5CB131F6FDC264AF909A08A21291B064D7D75B05D4BAE2E8DD56DEA1C55967D | 12/26/2023 15:30:21 | Blacked Raw | 01/04/2023 | 01/10/2023 | PA0002389594 |
| 94 | Info Hash: EECE57AA743268C5FC79CBC0BF1AA6F8910486CE<br>File Hash: C31F7B9D6D763E939961F4B4A2781C1A1606A1A62673DE56E8B9E350AF1A4ABE | 12/26/2023 15:00:47 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 95 | Info Hash: 16557BCD15641215923D44E6F90AC8218FCEBBCD<br>File Hash: E866754655904AEB9E8C3424ACAC6DBD5405FB4AB77DB4597B96EDD2AC761125 | 12/25/2023 12:22:20 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: A1EF467B9ACF45BB31E6B00BE2128B9ED888A6D7<br>File Hash: 4A1D76AAA7F92EC4A7833F5B206FE19AD18734F26B4FD5C18B4A92415C2FB4AE | 12/25/2023 04:59:18 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 97 | Info Hash: EE41D4D083F0852DA334E9797A3882DBA5FF094E<br>File Hash: 9B4EC747E024D85DF73E28AB7172F86DC43550C71452149EC1A66708C4CC86F3 | 12/23/2023 18:23:10 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |
| 98 | Info Hash: 9AD0F352F5AEC92C771DBFB0D288A7B776A17A82<br>File Hash: A9EAD776CFB45E1B7B1C9F1A31B68B2A5806BCE1B644590CD7E944F222F52946 | 12/22/2023 18:59:34 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 99 | Info Hash: 8DFF7DB9B678015C50B24AB9555C1A353B70AAD5<br>File Hash: CDC018C7BB14C15C8969CD31E6DBE897D8CBACC83A522587E3291124D69C14B1 | 12/22/2023 18:13:36 | Blacked Raw | 03/10/2023 | 04/07/2023 | PA0002405760 |
| 100 | Info Hash: 34CC76B43FBE24DB3F65C03A03E91CBBB38A172E<br>File Hash: B2521C074B7FEF2EEAA7C2AB71CEB66F1AFF94790B5F59013CAB3DF728A0DC4A | 12/20/2023 13:05:38 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 101 | Info Hash: DA2C0BB48F75DBB6A0CC60DE2055159D50FB9873<br>File Hash: F756AEF57379F5214AC1F87740AD1534A03015DE5EE1A971AFD9EAEA757475B7 | 12/20/2023 05:08:28 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 102 | Info Hash: 8A8F77477BF5B4A8A92F8B619FD0446B41D18D3E<br>File Hash: 34DB15DDCAF76C1CB055F290FD64E6B8B2E9C8A18B2241BDA49718772B433391 | 12/18/2023 03:31:06 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 103 | Info Hash: 5A6EE8E08E04C8CA77F090EBA9A159E1A9CEBA5E<br>File Hash: 64E8EBFE34DE220AA293CC3FA258BC17ABB972A08F61C9FE668E90074CC2C4E9 | 12/18/2023 01:45:15 | Tushy | 12/17/2023 | 01/16/2024 | PA0002449494 |
| 104 | Info Hash: 21118CFE9535F29FD38F8978B4E8DD33A704E174<br>File Hash: 464C3CE9459E5AFD1A856694917A660CF7053A4E05C47A97CAFF57FA587FB6B2 | 12/16/2023 00:07:18 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 105 | Info Hash: BE036527CAF1BBFEDAEF158027BB0C85D9AB107F<br>File Hash: EF1C759314AC479ECE2A21CDFEFC849219F0321BA1D8F4617D71C578CE2B08EB | 12/15/2023 22:18:09 | Slayed | 08/26/2021 | 09/08/2021 | PA0002316103 |
| 106 | Info Hash: DC440913B52CDA3DE1121FF8E54730015A5EFD4D<br>File Hash: 41EFBA32905D28CCEC5FBC40A374ED28F8F6EB66CD6BAF4567A8868E859A757D | 12/15/2023 22:16:04 | Slayed | 05/10/2022 | 06/09/2022 | PA0002361671 |
| 107 | Info Hash: 3F7EF051293DEC49207FB5A81B603A8445CC423E<br>File Hash: 9F5F3F3A44AC5D91AF6D8F665F3838060DF93A617F5C2C9AFD694FB9D0D31C38 | 12/15/2023 22:08:43 | Slayed | 01/18/2022 | 02/03/2022 | PA0002341748 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: EF6483EC2067B2B5CF738E76CB16CD5312C5C1CD<br>File Hash: 0DBAC5EC591467C2A3CC42435990048939177D60E81E9F1BD40BD8457D81D9D0 | 12/15/2023 18:55:28 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 109 | Info Hash: 5D10D980CBE0BAC8BAC07119872F66547A0B9865<br>File Hash: 3C816DA8AC98C57DF45BB923EC947747CC5AEEC212A0A587C140528D84A4C62B | 12/12/2023 03:43:05 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 110 | Info Hash: FB71210EFD9090B19008511B4A177E9BFE168F16<br>File Hash: 1B0B0797481505703DA9EBAEFEED7AA58A2B4DA7791A3F2ACFD95D2EE93E5245 | 12/11/2023 02:22:35 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 111 | Info Hash: 9BCAE95226F5A8499844714660B5FFB0AE7A09B1<br>File Hash: C87566C2C2AE5511D62EFE25F149653EA9F6619BC04088E2F4CC2DE9F34D8444 | 12/10/2023 02:28:20 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 112 | Info Hash: 09B79B560868F0B725210A743A39EC134B4D60EC<br>File Hash: 74E7E3C07B99AEDD41CC619B8A2440D006580333717E014B0E076BC82F94F8C7 | 12/09/2023 03:08:31 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 113 | Info Hash: E3DD78FE51A4166333F4BE80961025A2379FB185<br>File Hash: 8487D7718FECD389C2BB8AF995299C7AF91045B5A9FC428ACD2E09712E34C862 | 12/07/2023 01:08:59 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 114 | Info Hash: 292F214F561E10D5B9A9C4496DC9554E3CB40401<br>File Hash: 09A867F6AFFC94033A95B4B72737A764AF9E764E8F3A4AD30C6266B22B5BC2F6 | 12/05/2023 01:54:12 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 115 | Info Hash: DE91259E7D7785279B848B482261713E61BA6B3F<br>File Hash: 1C78CB5F51E91267233FBFCD948D67ABC23BF113C5DFAD7DD0448C8906EC7E40 | 12/03/2023 08:07:25 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 116 | Info Hash: 8E0C36006D3163E78AAB82A6FD6137412689A13F<br>File Hash: 2AB93B785D72E2275D4DDB4FD3549C32AB68F331258E2D3C3C98D2EB38C036A1 | 12/03/2023 06:38:51 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |
| 117 | Info Hash: 8AADC705C5592C19D88DEA0B3E796D98691AE376<br>File Hash: 7BD90E33652093082FE371039C1FE55EF14458E8A382609340ABDC06EDCF1AEC | 11/30/2023 05:33:36 | TushyRaw | 11/29/2023 | 12/13/2023 | PA0002445424 |
| 118 | Info Hash: 3A69758B76AB42646657DB87717EFE5359C39FFE<br>File Hash: 86717BE28AF80503DBFEA487EF236AF0DBC8E604116F0A45CE02D553D459380D | 11/29/2023 03:16:40 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 119 | Info Hash: 987CE704B17DDA56029F4500D42EB300BCD6C278<br>File Hash: AB221221568D81207965F390A908D3AD731FF4BFC23389AA4B28CBEE62F128F3 | 11/26/2023 17:48:04 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 0446D54B8CEE57E5F4292F9C18A7AA99AB6B30B7<br>File Hash: 6E9C38E7B3666F391AD8391D3D7E3EEBD2CC1116233B2542F229AD4F4814606C | 11/26/2023 17:19:41 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 121 | Info Hash: BBF78143673AB05C1C12A9FCBA386B17990A9CAA<br>File Hash: 5B7E42DE357CD3BF009B2E32A80DD8270D6BF529D1868AEA1A7D6FB2135EF977 | 11/24/2023 17:36:14 | TushyRaw | 11/22/2023 | 12/13/2023 | PA0002445429 |
| 122 | Info Hash: CF8DF5CB0070B460C39D45CF04556DB3B69101A8<br>File Hash: E82B61557F8BFC01FC1B59874BC69D0F3B5D292DDB568117870333AEA049FB68 | 11/21/2023 00:58:16 | Tushy | 11/19/2023 | 12/12/2023 | PA0002445179 |
| 123 | Info Hash: E29E4A91EF5EE54E81964E1628736DB2C19208A7<br>File Hash: 126E4C7F2F5F9085461F109CEA2C8FE43BA036F1DA8BE7DD608012770DDF5A6B | 11/16/2023 13:57:38 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 124 | Info Hash: 0314F1D3B73AB2133715292E3AF93251A7585BEC<br>File Hash: 73E5266D1A14F07C1C56BD09F6CE27132DABA54A7F52299140FE8674771BE2F8 | 11/15/2023 08:01:45 | Slayed | 10/18/2022 | 11/24/2022 | PA0002388551 |
| 125 | Info Hash: FEB7027A52BAD2745456A34721E6F3069BA77136<br>File Hash: 89EE1C641A5CC077566C58EF7993B27AC9394A32B269F25A999084F587247A43 | 11/14/2023 02:02:44 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 126 | Info Hash: EDF630240754032743EFFC5948AFD07B3ED83D41<br>File Hash: 362AA421CE140E6D118AE5F805B5FF7C4FCFEAB9CD927E2332A66AB59228777E | 11/14/2023 00:50:45 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 127 | Info Hash: F50ED2232B0DEF79EE1A4B7237E55DE135218DF4<br>File Hash: 9E335017CA64168368D19A57ABBDA2A19C4D37EB5F2ABF09D48E1276F5A2D442 | 11/12/2023 22:13:34 | Blacked Raw | 05/02/2022 | 05/20/2022 | PA0002350372 |
| 128 | Info Hash: 465968EB5767694BF6164513302F6841169CD9D0<br>File Hash: 41528BCBB48746A262E97D549275EC8B21D7A9D38A1DE90C9122106128FFA8CE | 11/12/2023 20:57:44 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 129 | Info Hash: E987ECAC62CF260AEB5BE5DC458F3A238F3BC28B<br>File Hash: 16DE0DC171D837D681FA343934E26D30806A7F4C1BB6DE6F696BC25F10AD0EC9 | 11/11/2023 17:55:29 | Slayed | 10/21/2021 | 11/01/2021 | PA0002326406 |
| 130 | Info Hash: 8174B51D9BA59D6D78DEFD0445B5B823CE816C3F<br>File Hash: AF8222BFD9A920A0FB60F2A9B2F9019BE56AAEE53A06DB5C0FE72DAAAD3CF8C3 | 11/09/2023 12:38:42 | TushyRaw | 11/08/2023 | 11/14/2023 | PA0002439690 |
| 131 | Info Hash: 15C215A6A8A2B305689F017CEFFDD75D33C49D7F<br>File Hash: DABA73B522CCD8E0B5FF4DB2CAE7D9DCBCC03003176E204FAC436E1BAA03CA04 | 11/07/2023 02:43:08 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 78B84CC810341DA0D17F7F8DF97C51DDD45AF7B3<br>File Hash: F32C477F8363695F663D8486C7E8434435A5F3DC2EF36E21EB63A9C3A650A8F2 | 11/07/2023 01:12:26 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 133 | Info Hash: 72C3A3B725CC3AC9A32B0CC05116A4BFBCC0E5C7<br>File Hash: 2C304C1AD95B08AC24B1E07A7A7ED2CF787319F660A1082155470079842E0F48 | 11/07/2023 00:59:21 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 134 | Info Hash: 4FCD46ADCB167483337BDB94B49E200F37AFD161<br>File Hash: BE38A55467161553FC5BDE4CDDF7E690BD96E028CFFE5F2D69BFFC3C40A75D18 | 11/04/2023 17:06:46 | Vixen | 11/03/2023 | 11/14/2023 | PA0002439696 |
| 135 | Info Hash: ECC8E9D112BEA618EF61C10118BA86B15211AFD3<br>File Hash: 9C49DDD8036C946C03C8C1CC98DD3DC0291621AD22468A97116DCFEC71C30A5D | 11/02/2023 00:29:08 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |
| 136 | Info Hash: CCC790DB12D3BF07A0E1E04DB3A52BCF3F1678B0<br>File Hash: BB862D40F5F0CA836EC40282810F3333AD43D4480459215D53E18BC16443FF14 | 11/02/2023 00:22:48 | TushyRaw | 11/01/2023 | 11/14/2023 | PA0002439668 |
| 137 | Info Hash: 69A5FEBB4F7BCD1CA408B97471E8A4A8C2A962A0<br>File Hash: 0CB0FEEE37B574B335A2544573B9850D64B4452D6E038D65F94D098F5029B15D | 10/31/2023 02:03:35 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 138 | Info Hash: 0A057FFECD24A2A7C84EAB2508BF9A2598AF08C6<br>File Hash: D96B7ECFE36F43C4D269422B2A0AF5A4EF47D3CA59738E00473A2E8F6255DA4E | 10/31/2023 00:50:33 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 139 | Info Hash: B2D1D1749102FEFE30D1D3BA8D9F71F374939EC9<br>File Hash: D21C33CB9A83E771E8B77566A2AAA103361EB86CB24F39A6733C4534B848A043 | 10/29/2023 19:43:13 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 140 | Info Hash: 3A148C4D015882EBEE120BDFC05102A4B3AEDA09<br>File Hash: E1C17877C885B2ABFF612D23404DC3EE34F602D8F0E9B22E98EED841B31EB6EB | 10/28/2023 18:05:15 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 141 | Info Hash: 92B5ACA814635A457000C407FE083B606AD772A3<br>File Hash: B59767BEB275801CC6C5FA5290D2DBFCD8F39494EB09DBE423476E9EC72AEBF3 | 10/26/2023 00:53:16 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |
| 142 | Info Hash: 956FEEF403C0633B13D7ACED6032B6333DBA9A9B<br>File Hash: E0F8B858FFF24950F006F8C99F7D5DA6C921B617F72715FA7A38FDF248803920 | 10/25/2023 03:45:56 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |
| 143 | Info Hash: 1B9C10AEF9696C3B30D16C74A2E3E1844FC0FAC8<br>File Hash: 7A151063E2D78D87AE96A45CE2A9D9D5634749B6B87BE90253E4B43FE77683AF | 10/23/2023 21:42:35 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: 43ADD32F08D858D36877B2D2E6641CC6875BA2F2<br>File Hash: F7C09F74106AA599740CB3523F560F09CF31C5985A454504B3E9C970757085C9 | 10/19/2023 01:30:01 | Slayed | 10/17/2023 | 12/07/2023 | PA0002446648 |
| 145 | Info Hash: BF3B399743FECF0CC55AC55282A5E1BAD4DAD1F6<br>File Hash: D0E3D137C4227519A6D713C9C2301E4C6B10CA31E7588C74D0C73A8B82597D2D | 10/19/2023 00:46:46 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |
| 146 | Info Hash: B5103918566B1B618F091D96E3668A465F367E40<br>File Hash: F19541BFF079A0A86C58CF9BD7D79E11F704B3A39D069A61E0C4780076FBCE54 | 10/17/2023 01:54:04 | Tushy | 10/15/2023 | 11/13/2023 | PA0002439634 |
| 147 | Info Hash: 377B6D17348768D28A618CE0E6C0A3326795D05E<br>File Hash: 8EB96EE8677A7E76A8F94F075376A7D178D9D3EA450AD91187E70D66C738C05D | 10/17/2023 01:12:18 | Blacked Raw | 10/16/2023 | 11/13/2023 | PA0002439580 |
| 148 | Info Hash: 742502E77B83732093E4BA0A2D879EAC7D9C3B14<br>File Hash: 9A9DE880D2D32D3C038E853F0F1382E452BA32351CDE29DDAB856AB6A34E3B52 | 10/15/2023 15:55:01 | Blacked | 10/14/2023 | 11/13/2023 | PA0002439573 |
| 149 | Info Hash: 496279D5C0FD5B66FCE532D68B74D7A08B2AAAE2<br>File Hash: 23C73449AD488B0D7688DD80496DAECF52AB923978C718CBAAF3E0F52629F3D3 | 10/14/2023 20:08:15 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 150 | Info Hash: E29BCC2D417B95AE806E583350100FF547C82E4C<br>File Hash: AD4932A9317A5B1F164C56C2F596D026FAA62DD93A28FB38A783440FE9ACDABC | 10/12/2023 13:35:53 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 151 | Info Hash: 48A0D7DF6BA9EA1A21E6F0B63A2F4FD531BD4000<br>File Hash: D4EDD8DD8B6C9211DA74961DDA8FA92D7A9FD726206F238699F4CA90A0D9C00B | 10/11/2023 01:19:54 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 152 | Info Hash: 4795E0EC66274B1C901E865918572A9FC4FCC780<br>File Hash: 80AA777044149A43DF1F8EEF220F11D2D835CB5D916AB8E64E3471A5E4475C2B | 10/10/2023 00:24:01 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 153 | Info Hash: 8AD3EA3F571349E2237D5EE2E15CD203EC0E810B<br>File Hash: 4150531AC2BC3F50BA1AA247B60F6EC6674B7A69BD6C3273615BB4A5A9704411 | 10/08/2023 06:51:49 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 154 | Info Hash: 1242E24DBC1E37974A0B3E6485BC733C9140CD13<br>File Hash: A13EBAC50450B36C1ADAFA96D3AE0D691DF5D2CDE60084E3423CF082785EE0F7 | 10/08/2023 05:18:47 | Vixen | 10/06/2023 | 10/18/2023 | PA0002435605 |
| 155 | Info Hash: 9D99CA8259D628B3E7C3B619FA9B2D6F3B224B8E<br>File Hash: BFEC4ED39F3A45FEAB1CEFB5158B5ED0B3E89082196D652219D8575CF04D30CC | 10/05/2023 14:07:36 | Blacked Raw | 10/02/2023 | 10/18/2023 | PA0002435277 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 156 | Info Hash: 77AC73AAA4AD05DC7E77DAA5064DD0C66A000E90<br>File Hash: 69C86B3BBD4A66676E713AA452BE5858F235C022AEF6B73258A4B2B8774A69C3 | 10/05/2023 02:20:40 | TushyRaw | 10/04/2023 | 10/18/2023 | PA0002435604 |
| 157 | Info Hash: 072807DA920211B53F1447A50D0EB6AAD7D1C8AD<br>File Hash: 624A03A31242CEFE5432AFA0C67224E5031F31690B47482C815DEF8BDC9D078C | 10/04/2023 15:30:00 | Tushy | 10/01/2023 | 10/18/2023 | PA0002435349 |
| 158 | Info Hash: 199295865878D30829A1848342D92E572E18F5DC<br>File Hash: 36E55B93A0EF748957E3EC7F1C430914D0DC2362DC4D317897783E2E884CA6B2 | 10/04/2023 13:21:03 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 159 | Info Hash: F26F127647AD48C9EFA5DF88D7CD36868F79BE22<br>File Hash: B2F2BAD02DD97108086A75B5191AE167F87F9158E75A7C59F7275DF5BCADDAAF | 10/04/2023 13:01:15 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 160 | Info Hash: F51670BFB3F54E2734108D99D230BD67B7F65359<br>File Hash: 195D8E857F0CEA8E62E720DF579C192C12D559AFC9906AE3E6DC0CD15B464F5C | 10/03/2023 10:53:36 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 161 | Info Hash: 45B7B195D15B20E0A1C900464A7814A48678A03B<br>File Hash: 10550B23CADF3CB1D6C530462FF23608E50FE2DE2E82024957D1A0E12D105D16 | 10/02/2023 08:58:17 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 162 | Info Hash: BD40BF7C330B2D5DC0F1BFDF9FC81E43BE04A9C7<br>File Hash: 3936566C3CCB98222C6320FBD5BBACA83C13E5F203ADD9BEAF4299D3AC55721B | 10/02/2023 07:21:12 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 163 | Info Hash: AB3D99FD4AC39AE1C317B2AF0B4F0BF13DF08C71<br>File Hash: 629C5C96EA09429D3CCD2CB5AF6355D928933D29502C96465EF89B8246244E74 | 10/02/2023 06:04:40 | Vixen | 09/22/2023 | 10/18/2023 | PA0002435594 |
| 164 | Info Hash: 5250B2FCE2C296FDD5E84E54FB662EF84C053C50<br>File Hash: AA0FD98063C46A6D6BA5C2A0609778B30487FEE8F71EC5302425132362BA508F | 10/02/2023 05:53:39 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 165 | Info Hash: 7AE09EDC105B7B9311D1044FC528E08108EB7AAE<br>File Hash: 123CCF5B34FB8EF6B4594B898DCF37A9CE8B3D83E67209A8DDC6745A7997CDE3 | 09/22/2023 05:38:13 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 166 | Info Hash: 1A5D33BE0A72FF09D224592BB9BE5AF23653CBEC<br>File Hash: AEBC2FC7C87C4A9F6B378D59A816D0D2076449D154BDB48B0A6D80F5D3A7A363 | 09/22/2023 05:09:42 | Vixen | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 167 | Info Hash: 63300141A85C7AFA3CC8CF0B4003F2BEC5C9D4E7<br>File Hash: DA4F736C58A0FCB8657FC72BD4533D3D32567033A1238DC77DB83333CB82225B | 09/19/2023 02:37:04 | Tushy | 09/17/2023 | 10/18/2023 | PA0002435347 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 168 | Info Hash: FFD07679E746E565C00A324B433A1E8342F03D6C<br>File Hash: 6B33A6BAA11A2A43D7FF70FA1A0FE76A8B768F3A00BCE22556883D67557D5F00 | 09/17/2023 20:26:02 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 169 | Info Hash: B247216EFDB8A0E21AB6FB9A18D95982FD24326E<br>File Hash: 7B2F4130FC2F32D44A1230ED6A87A42FBD33712C256D6F890DE4E67CD9BAA103 | 09/17/2023 03:30:04 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 170 | Info Hash: 6AFBB46048A14E900BC7B8F496C4BD28FCD0E3E7<br>File Hash: 7432CE5A92552E9D77F305649E8DD7117D2E353AE0CE44D74761806141682FD2 | 09/14/2023 07:31:41 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 171 | Info Hash: 1A770E333D1AC4B0F1D290C9BE0D1A817C869668<br>File Hash: 28F18A5E3C22F33C60DB3715592CE336A5555E36534F8F1776EAC3647BED6CF1 | 09/12/2023 03:07:15 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |
| 172 | Info Hash: 18D3CB0D5DEB6CC747C5CE23D85126ECF6EFF505<br>File Hash: 59418749F660DC25DB52F4742F0289E5DF89852674A914E9DC4F1F28CBCF6F04 | 09/12/2023 01:15:17 | Tushy | 09/10/2023 | 09/17/2023 | PA0002430910 |
| 173 | Info Hash: 3BB2C2D69CD73FE3B73C1036EC55D80D64C66F12<br>File Hash: 6BA3208A637EFB1F6B25CACAC5D579D641B8E4991DDA11938BD640DA20283EC5 | 09/11/2023 01:14:54 | Blacked | 09/09/2023 | 09/18/2023 | PA0002430904 |
| 174 | Info Hash: B0F86E5A344EEFEA882F30BCD5AEA2AF6A5D69AC<br>File Hash: 120048AEEE5FE9680F0D56FEF0946185844C811F01647D2BA94275E221D6D9A4 | 09/09/2023 07:20:34 | Vixen | 09/08/2023 | 09/18/2023 | PA0002431077 |
| 175 | Info Hash: 6E071C25797AD5B273B2CA76AF3AC240ACD36AEA<br>File Hash: 444440D3767CC2615D3841B948C1548CB78CCC0B93F31451C4FD68C87C9B1B1C | 09/07/2023 04:13:52 | TushyRaw | 09/06/2023 | 09/18/2023 | PA0002430907 |
| 176 | Info Hash: 5D4574F8D6DA60E5136D20B41911FF38E9460CA0<br>File Hash: 3E27A1F6D342493F98A9A774C0385187F71E13E4DD92B94C6633E3589C27D337 | 09/07/2023 03:07:13 | Vixen | 01/24/2019 | 03/24/2019 | PA0002183209 |
| 177 | Info Hash: B263A6BF860A42C4ED1561AF94B647A2603FA926<br>File Hash: 4FF4002100A2AE94543DA11F5301A7C671673A60984F6D82B051F51D8B5390D6 | 09/05/2023 00:31:37 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |
| 178 | Info Hash: D568E0550C7308608DFDAD239B1B88C1C5B251C4<br>File Hash: B99EFD89D0567EC46757E42C84975E0735EC16C52528FD91805D86F9AC23CAB6 | 09/04/2023 23:12:13 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 179 | Info Hash: 5DD366B0C00CDB1E7AF92D8A99C22F0C15365099<br>File Hash: D636606A8C59534B0E1209194404B32F95C1D7F6BD6ACB4FC4B452BE71856CE1 | 09/03/2023 19:51:59 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 180 | Info Hash: F6B7778F6E9A81BBF669BFDA49C1CC507225C0AC<br>File Hash: 47EC88579F92D9D64E46D116F8EF13EE67EBD5DEA9464278400CBFFB54F06497 | 09/02/2023 01:20:50 | Slayed | 08/29/2023 | 12/05/2023 | PA0002443596 |
| 181 | Info Hash: E8D3E1B8FEA4440786CBD8D611D39E226C125808<br>File Hash: E0A235F0C72A0CF5E99D7ADC7532F0554116BC64057AA05C4B98C31E5FB76F30 | 09/02/2023 01:18:44 | Tushy | 02/26/2023 | 03/06/2023 | PA0002399996 |
| 182 | Info Hash: A89EC63791986746F51519499B0A463D798F2093<br>File Hash: 1F581C881AFCC9D0E39A19FB9A0ECC6DBF0E89A05111F9A2A506B5BCA6FEDA12 | 09/02/2023 01:09:46 | Slayed | 08/15/2023 | 12/07/2023 | PA0002444363 |
| 183 | Info Hash: FEF5F0DA02CF590C99D76F8B347D8E1BB83F53C4<br>File Hash: 2BC91E430B29E65FD903376A43C728F721D5A1DF597412FA71335760C7D540E2 | 09/01/2023 22:51:14 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 184 | Info Hash: 08EC035367E07C5D7139A5638ABC9DBD1D3D6352<br>File Hash: E1BC4317C213D4EC5A91AECCC8E5C8F3C96CFF72380F118963EDAB82B8598CB8 | 08/31/2023 03:29:11 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 185 | Info Hash: 3F7215526C02A4262400568C1871BA3B4AFA4EE2<br>File Hash: BD51093F71ABD266C79DD2A908565CAEFE0AA7CDB9067EAA484A55A67DDEDD75 | 08/29/2023 02:31:32 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 186 | Info Hash: C8C2A59862731B24E55AC8781302C7AF732C7616<br>File Hash: 0B66CF46AA2C3667F6245EBA8112A91375799826B7BF86ECE5D4D19525952EE2 | 08/28/2023 16:21:45 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 187 | Info Hash: 9F1CE5768C904BF6F093D16E7CC1AEDA3531BE0D<br>File Hash: A074D5E355EF193297A5227D218080464CCB1E2DECBE68DB8D4FB812D25F4C81 | 08/27/2023 19:40:18 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 188 | Info Hash: BEAF112C0008D34D0B9697EEF948BCC999171AD4<br>File Hash: 21DD0485657389D0168D2F9A4BB519EDCC33F34B5D7CDCC3E80370BED218A2C3 | 08/26/2023 05:21:58 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |
| 189 | Info Hash: EED81AF9791D47A8F3F325FC8DC3A44C3DADE2C9<br>File Hash: 5373D979BCDD09BE03E8009CB33455EE9073493568E7CBA80A965C67B5B34EE2 | 08/26/2023 05:16:31 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 190 | Info Hash: 419789D96C972C69EFAEE49CED271AC4AE27C5B2<br>File Hash: 36B31267256C99CE6531A908C2303EFAFE005E05DF12E742866312D5FE8EA78E | 08/25/2023 03:04:19 | Vixen | 01/29/2021 | 02/26/2021 | PA0002283702 |
| 191 | Info Hash: 53D8D66CC97D205258FFBE0E557A2BFFB9BBE126<br>File Hash: C77B8EE7331015F4EB569186A7859B1028C0A3D30E0981D76E0C607337C2D1B2 | 08/24/2023 00:45:38 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 192 | Info Hash: D82754DD91BBD46F30405123F047CE06BACF1373<br>File Hash: 9485F61426A9559BF55980FF3856BC1B9C0F9A0760B3EFAE4089080612EFAB99 | 08/22/2023<br>02:26:21 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |
| 193 | Info Hash: 4D0DD60038448844FD04E115795495A4AB607AA2<br>File Hash: F8EEC81FB86E906E04DFF1BDEEB61EF16D48AAE6B26333B472D69BEF58088472 | 08/20/2023<br>21:00:24 | Tushy | 08/20/2023 | 09/18/2023 | PA0002430899 |
| 194 | Info Hash: 65E1793EE22E211AA6529FDC2379654ADF481744<br>File Hash: 81CAB82E3D541D67C2C8B668A49A28B89695EA113825C8D91E7EFDAD159EF5E4 | 08/20/2023<br>01:01:33 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 195 | Info Hash: 770ACDE1A5F2F5C88A779602C8EBE9DAF6F63EE7<br>File Hash: B6CCB783AA7E9E88D591AD1AF75C9817C8612BCABECE26CAA04002C05BA6D05F | 08/18/2023<br>23:11:25 | Vixen | 08/18/2023 | 09/18/2023 | PA0002431080 |
| 196 | Info Hash: 2AD4E468E6B7D010B564CECB42E5D69AFCC423A1<br>File Hash: 8492007A81CE28352A5E163DC8222137AE9648B97241D95106530FCE0E2B298C | 08/17/2023<br>01:28:41 | TushyRaw | 08/16/2023 | 09/18/2023 | PA0002431113 |
| 197 | Info Hash: A7E2375CB2DA12839FF2669103799E607D10BFE1<br>File Hash: 418CADA127DA64FD873E78816866FE7C1FAF51CF3FAC7E542111483E3FEF01B6 | 08/16/2023<br>04:33:14 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 198 | Info Hash: 4AA9A8A6213A477B01AD3386E111F6B7C9A946F3<br>File Hash: B9207AA354F2EE803A69B743F73D89E9BEF5C23238B767B2D0BC5BA3F558EDA5 | 08/15/2023<br>02:05:27 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 199 | Info Hash: FD386714F7B0E33A258BEF61460EB59446FF5BED<br>File Hash: 0AA4DA4A97034D830FC1C9DB5E391775ACFCDD9C93C154A3D27C51C2C8BCBDF1 | 08/11/2023<br>05:57:03 | TushyRaw | 08/09/2023 | 08/17/2023 | PA0002425525 |
| 200 | Info Hash: B95D3C016FE866FC52F31984E50F981C1DBD0BAD<br>File Hash: E767885CAA040CDBA819D298BFC50B096574E6747B674965FAB355D237249EB5 | 08/09/2023<br>06:15:38 | Slayed | 03/21/2023 | 04/13/2023 | PA0002407767 |
| 201 | Info Hash: BB0BE0A17FC0D65E8B30B080869DE189F8B0969E<br>File Hash: 53A23E5155E5A7108EA9168E9DF2782AB610222ADA7508656872DB5CAEA4B55C | 08/05/2023<br>23:06:36 | Blacked Raw | 07/31/2023 | 08/17/2023 | PA0002425528 |
| 202 | Info Hash: F1F4E95D3F747B9A36FD28295A79B3BAC8C5FD65<br>File Hash: 453F6DAA583A6CF6BE2F314A534DE48F0E9B690FB702BCF1D27041099E345649 | 08/04/2023<br>06:03:38 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 203 | Info Hash: 12EE77300300F81E03749E37D9D178F6F1CA0AAD<br>File Hash: C44B3943AEDC4F2056ECD9227813A810B32EA8836A67DFA802D29CFD9555DE86 | 07/24/2023<br>04:09:49 | Blacked Raw | 07/17/2023 | 08/17/2023 | PA0002425535 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 204 | Info Hash: A3B6A3B56D4DE266D5354643B83FB366408E8534<br>File Hash: C52E1C4D8721884513A5D947CE6AD4118BEB183293ADB3B259756E9E8FB1F8D7 | 07/21/2023 17:53:14 | Slayed | 02/21/2023 | 04/13/2023 | PA0002407770 |
| 205 | Info Hash: A2D4C8BB1A53BB18632EC6CE41DD4831829C5FEC<br>File Hash: 520B22568E31EAE1BCE9D4B29C5FDE0D47F538082E2EA10373495C4CD1264606 | 07/18/2023 16:53:34 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |
| 206 | Info Hash: 396330A6648C120FD42B908A96D958D82C8B88F9<br>File Hash: 26AC264006C0E648AF10D73F8C89DCF42A13B99188126D927407481E948BE5DF | 07/15/2023 17:48:26 | Tushy | 07/09/2023 | 07/13/2023 | PA0002420353 |
| 207 | Info Hash: 2E7742CF8BF8F65AB0210A3F04AFF4A0DEBC36D4<br>File Hash: 65B87954DCE3C7B5237DB422D3CF4E8D16FA30A0DDD6F76D6DC8D573F525767E | 07/12/2023 03:35:18 | Vixen | 07/07/2023 | 07/13/2023 | PA0002420346 |
| 208 | Info Hash: 383E62C489CB271FE29CCF3D698342EF11E69949<br>File Hash: 8B58BE5293ED8FB93BB15791199DC5F6AA2FD7CAC0CFC495FC8F095BD376D3BA | 07/07/2023 11:30:06 | Slayed | 06/06/2023 | 07/14/2023 | PA0002427489 |
| 209 | Info Hash: C2A1B0B1B8B7EC81C27439F250D809BDB57D9836<br>File Hash: 0763B9075DA663B06D065F2AAC83A76D4DF4CB3B0B8C57C8D203AA4E4566DE2A | 07/06/2023 05:33:59 | Vixen | 06/30/2023 | 07/13/2023 | PA0002420344 |
| 210 | Info Hash: 1C9DE0F772ADC9DC8366EEB31979E12B14583E50<br>File Hash: DDB11A2D93D5E2102623310969DAB1352B63A27B0169367870C9F48EA2EDB308 | 07/04/2023 19:15:52 | Blacked | 07/01/2023 | 07/13/2023 | PA0002420349 |
| 211 | Info Hash: 23B77B0CF63867ADB90CBDEE1935DB5E0840B528<br>File Hash: E41BFBB6CD344A7E1F71F97CBD1A92232814DD011070B758AC519FEBE8CC8303 | 07/04/2023 16:21:23 | TushyRaw | 06/28/2023 | 08/22/2023 | PA0002431059 |
| 212 | Info Hash: 6349F5E18CB10729D3E4A2B027C2ECD45BFD9068<br>File Hash: 6DAEB3C4C97B7103529BF4710B97598DB6D3D92A3FF5E91CCFB735DB3498615E | 06/27/2023 08:08:02 | Slayed | 11/29/2022 | 01/05/2023 | PA0002394013 |